## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature and Date

La'Trese M. Lottie
_____
Print Name


Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_[signature]_ 3/11/17
Signature and Date

ERICA V. SCOTT
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_Daqhta Hall 3/6/17_
Signature and Date

_Daquita Hall_
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

# CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature and Date

Athena Gospodarek
Print Name


Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_Guadalupe Rodrige_ 2-27
Signature and Date

_Guadalupe Rodriguez_
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____ 3/1/17
Signature and Date

Charles Barron
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____ 2/23/17
Signature and Date

Matthew T. Hawkins
Print Name


Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature and Date

Zachariah T. McLuan
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

*Patrick Harris* 2/17/17
Signature and Date

*Patrick Harris*
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature and Date

_____
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_Brittani Dandridge_   2/16/17
Signature and Date

_Brittani Dandridge_
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

*/s/ Cassandra MacVenn*    2/17/2017

Signature and Date

Cassandra MacVenn

Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

# CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

S. Blair 2/13/17
Signature and Date

Shernette Blair
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature and Date  *[signed: BrWB 2/13/17]*

**Brandy Washington**
_____
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

**Cassandra worley**
Signature and Date

**Cassandra worley**
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

Case: 3:17-cv-50185 Document #: 5-1 Filed: 06/27/17 Page 16 of 20 PageID #:40

## CONSENT FORM

      I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

      In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

      I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

*Viviana Cosio*
Signature and Date

viviana Cosio
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____ 2/13/17
Signature and Date

Emma Reeves
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature and Date

Trianna D. Maxce
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: amurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

*[Signature]* 02/14/2017
(Signature and Date)

Yvonne M. Jones
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com

## CONSENT FORM

I hereby consent to make a claim against ServiCom, LLC for unpaid overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against ServiCom, LLC.

In the past three years, there were weeks during which I worked more than 40 hours in a workweek for ServiCom, LLC and my bonus payments were not included in the calculation of my regular rate. As a result, my overtime rate was incorrectly calculated.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff Brendalyn Langdon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

*Michael McBryde 2/14/17*
Signature and Date

*Michael McBryde*
Print Name

Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer Murshid
222 E. Erie St.
Suite 210
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com