## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Brendalyn Langdon, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No: 17 C 50185 |
| ServiCom, LLC, | ) ) ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

### ORDER

Before the court is a report and recommendation ("R&R") [48] from the magistrate judge recommending that this court grant the parties' joint motion [43] for approval of a Fair Labor Standards Act collective action settlement agreement. Accordingly, there being no written objection to the report and recommendation of the magistrate judge, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R and grants the motion.

Date: 5/15/2018                           ENTER:

_____
FREDERICK J. KAPALA

District Judge