IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Brendalyn Langdon. | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:17 CV 50185 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| ServiCom, LLC | ) | |
| Defendant. | ) | |

## ORDER, REPORT AND RECOMMENDATION

    Status hearing held on 7/20/2018. None of the non-responsive plaintiffs were present at the hearing. Non-responsive plaintiffs were notified of the hearing per Minute Order Entry #47 which was sent by regular mail on 4/24/2018. Accordingly, it is this Court's Report and Recommendation that the case be dismissed for want of prosecution under Rule 41 as to plaintiffs: Erica Scott, Daquita Hall, Brittani Dandridge, Cassandra MacVenn, Shernette Blair, Viviana Cosio and Yvonne Jones. Any objection must be filed by 8/6/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 7/23/2018                                                           /s/ Iain D. Johnston
                                                                                     U.S. Magistrate Judge