# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Brendalyn Langdon, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 3:17-cv-50185 |
| | ) | |
| ServiCom, LLC, | ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [59] from the magistrate judge recommending that this court dismiss the case for want of prosecution as to the following plaintiffs only: Erica Scott, Daquita Hall, Brittani Dandridge, Cassandra MacVenn, Shernette Blair, Viviana Cosio and Yvonne Jones. Accordingly, there being no written objection to the report and recommendation of the magistrate judge, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R.

Date: 8/9/2018

ENTER:

_____

FREDERICK J. KAPALA

District Judge