UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Western Division

Brendalyn Langdon
                    Plaintiff,

v.                                             Case No.: 3:17−cv−50185
                                                                     Honorable Frederick J. Kapala

ServiCom, LLC
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 8, 2019:

      MINUTE entry before the Honorable Frederick J. Kapala: Pursuant to the suggestion of bankruptcy and automatic stay [61], parties to file a written status report on April 8, 2019, and every 90 days thereafter until the parties advise the court that the automatic stay is lifted. Mailed notice(sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.